AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

08 C 258

BOBBY and KAREN JAGOE, and JOYCE GRIGGS

V.

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY in its own capacity and as Trustee for ASSET BACKED FUNDING CORPORATION MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1 and as Trustee for AMERIQUEST MORTGAGE SECURITIES INC. ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R4 and ASSET BACKED FUNDING CORPORATION MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R4 and AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R1

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

AMC MORTGAGE SERVICES, INC
505 City Parkway West, Suite 100
Orange, CA 92868-2912

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

January 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/16/08 |
| NAME OF SERVER (PRINT) Anthony P. Valach, Jr | TITLE Associate, The Law Offices of Daniel Harris |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: National Registered Agents, 200 W. Adams, 20th Floor, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
            Date            Signature of Server

The Law Offices of Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.