**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOBBY and KAREN JAGOE, and JOYCE GRIGGS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 1:08-cv-00258 |
| | ) ) |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | Judge Ruben Castillo |
| Defendants. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company (collectively, "Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendants to respond to Plaintiffs' Complaint. In support of their motion, Defendants state the following:

1. Plaintiffs filed their Complaint on January 11, 2008.

2. Defendants' response to the Complaint is due on February 5, 2008.

3. Counsel for the Defendants require additional time to properly investigate the allegations and formulate an appropriate response.

4. On February 4, 2008, counsel for Plaintiffs indicated that Plaintiffs do not oppose Defendants' request for an enlargement of time in which to answer or otherwise plead to the Complaint up to and including March 6, 2008.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including March 6, 2008, in which to respond to Plaintiffs' Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: February 5, 2008

Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY**

By: s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

s/ Irina V. Frye

CHICAGO\2420839.1
ID\IVF