**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOBBY and KAREN JAGOE, and JOYCE GRIGGS,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AMERIQUEST MORTGAGE COMPANY, *et al.*,  )<br>)<br>Defendants.  )<br>) | No. 1:08-cv-00258<br><br>Judge Ruben Castillo |

## NOTICE OF MOTION

**TO:   Anthony P. Valach, Jr.
Daniel Mark Harris**
The Law Offices of Daniel Harris
2150 North Wacker Drive, Suite 3000
Chicago, IL 60606

    **PLEASE TAKE NOTICE** that on **Tuesday, February 12, 2008,** at **9:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint**.

Dated: February 5, 2008

                                        **AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
and DEUTSCHE BANK NATIONAL TRUST
COMPANY**

                                        By:   s/ Harry N. Arger
                                               Richard E. Gottlieb (rgottlieb@dykema.com)
                                               Harry N. Arger (harger@dykema.com)
                                               Renee L. Zipprich (rzipprich@dykema.com)
                                               Michelle B. Fisher (mfisher@dykema.com)
                                               DYKEMA GOSSETT PLLC
                                               10 South Wacker Drive, Suite 2300
                                               Chicago, IL 60606
                                               Phone: 312-876-1700
                                               Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2008, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Notice of Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

    **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
    **Daniel Mark Harris** (lawofficedh@yahoo.com)
    The Law Offices of Daniel Harris
    150 North Wacker Drive
    Suite 3000
    Chicago, IL 60606
    (312) 960-1803

    s/ Irina V. Frye

CHICAGO\2420843.1
ID\IVF