IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY and KAREN JAGOE, and JOYCE GRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:08-cv-00258 <br><br> Judge Ruben Castillo |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company state as follows:

1. Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are each indirect wholly owned subsidiaries of Ameriquest Capital Corporation.

2. No publicly held corporation owns 10% or more of the stock of Ameriquest Capital Corporation.

3. Deutsche Bank National Trust Company is a wholly owned indirect subsidiary of Deutsche Bank AG.

4. No publicly held corporation owns 10% or more of the stock of Deutsche Bank AG.

Dated: February 5, 2008				Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY,**
**AMC MORTGAGE SERVICES, INC.,**
**and DEUTSCHE BANK NATIONAL TRUST**
**COMPANY**

By:	s/ Harry N. Arger
	Richard E. Gottlieb (rgottlieb@dykema.com)
	Harry N. Arger (harger@dykema.com)
	Renee L. Zipprich (rzipprich@dykema.com)
	Michelle B. Fisher (mfisher@dykema.com)
	DYKEMA GOSSETT PLLC
	10 South Wacker Drive, Suite 2300
	Chicago, IL 60606
	Phone: 312-876-1700
	Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company's Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

s/ Irina V. Frye

CHICAGO\2420724.1
ID\IVF