UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Bobby Jagoe, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00258
                                                Honorable Ruben Castillo

Ameriquest Mortgage Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Ruben Castillo :Motion hearing set for 2/12/2008 is vacated. Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Deutsche Bank National Trust Company's unopposed motion for enlargement of time to respond to plaintiffs' complaint [13] is granted. All defendants to answer or otherwise plead to the complaint on or before 3/6/2008. Parties to file a joint status report on or before 3/10/2008. The Court will hold a status hearing in open court on 3/14/2008 at 1:30 PM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.