AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 258**

SUMMONS IN A CIVIL CASE

BOBBY and KAREN JAGOE, and JOYCE GRIGGS

CASE NUMBER:

V.

ASSIGNED JUDGE:

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY in its own capacity and as Trustee for ASSET BACKED FUNDING CORPORATION MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1 and as Trustee for AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R4 and as Trustee for AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R1 and ASSET BACKED FUNDING CORPORATION MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R4 and AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATE, SERIES 2005-R1

DESIGNATED
MAGISTRATE JUDGE:

JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

ACC CAPITAL HOLDINGS
1100 Town and Country Road, Suite 1200
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

January 11, 2008
-----------------------------------
Date



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 2/13/2008 |
| NAME OF SERVER *(PRINT)*: Surya Von Rosen | TITLE: Authorized to Accept |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    c/o National Registered Agents, Inc. - 2030 Main Street, Suite 1030, Irvine, CA 92614
    Served to Dena LaPorta - Authorized to Accept on Behalf of Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/13/2008
           *Date*

*Signature of Server* [signature]

29 Cerrito, Irvine, CA 92612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.