IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY and KAREN JAGOE, and JOYCE GRIGGS,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY, *et al.*,<br><br>        Defendants. | No. 1:08-cv-00258<br><br>Judge Ruben Castillo |

## NOTICE OF MOTION

**TO:** **Anthony P. Valach, Jr.**
**Daniel Mark Harris**
The Law Offices of Daniel Harris
2150 North Wacker Drive, Suite 3000
Chicago, IL 60606

    **PLEASE TAKE NOTICE** that on **Tuesday, March 11, 2008,** at **9:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Unopposed Motion to Stay Action Pending Transfer as a Case Related to MDL No. 1715**.

Dated: March 4, 2008
                                    **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., and ACC CAPITAL HOLDINGS**

                                    By:   s/ Harry N. Arger
                                            Richard E. Gottlieb (rgottlieb@dykema.com)
                                            Harry N. Arger (harger@dykema.com)
                                            Renee L. Zipprich (rzipprich@dykema.com)
                                            Michelle B. Fisher (mfisher@dykema.com)
                                            DYKEMA GOSSETT PLLC
                                            10 South Wacker Drive, Suite 2300
                                            Chicago, IL 60606
                                            Phone: 312-876-1700 Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, I electronically filed the foregoing **Notice of Unopposed Motion to Stay Action Pending Transfer as a Case Related to MDL No. 1715** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

>Anthony P. Valach, Jr. (anthonypvalach@sbcglobal.net)
>Daniel Mark Harris (lawofficedh@yahoo.com)
>Bernard E. LeSage (blesage@buchalter.com)

>>s/ Irina V. Frye

CHICAGO\2428401.1
ID\IVF