## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Bobby Jagoe, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−00258
                                                        Honorable Ruben Castillo

Ameriquest Mortgage Company, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 5, 2008:


MINUTE entry before Judge Ruben Castillo :The Court hereby grants Defendants' unopposed motion to stay action pending transfer as a case related to MDL No. 1715 [24]. The parties are given full leave to reinstate upon completion of all the consolidated MDL proceedings. Status report filing date of 3/10/2008, status hearing set for 3/14/1008, and motion hearing set for 3/11/2008 are vacated. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.